**Order entered June 8, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01080-CV

**TRACY NIXON, Appellant**

**V.**

**THE ATTORNEY GENERAL OF THE STATE OF TEXAS, Appellee**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-00-14691**

## ORDER

Before the Court is appellant's June 7, 2018 motion to accelerate appeal. We **DENY** the

motion. This appeal will be submitted in due course.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE